IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR10-02022-TUC-RCC(BGM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Clarence Edward Shirley, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Macdonald (Doc. 57), and the objections filed by the parties thereto,

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and will not entertain any further evidence.

DATED this 26th day of September, 2014.

Raner C. Collins
United States District Judge